IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BEN WALKER,

    Plaintiff,

v.

COURT OF COMMON PLEAS OF
MONROE COUNTY, *et al.*,

    Defendants.

CIVIL ACTION NO. 3:12-CV-2206

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW** this 29TH day of August, 2013, upon review of the Report and Recommendation of Magistrate Judge Carlson (Doc. 38) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)   The Report and Recommendation (Doc. 38) is **ADOPTED**.

(2)   Defendants' Motion to Dismiss for Failure to State a Claim (Doc. 35) is **GRANTED**.

(3)   The action is **DISMISSED WITH PREJUDICE**.

(4)   The Clerk of Court is directed to mark the case as **CLOSED**.

                                                                 /s/ A. Richard Caputo
                                                                 A. Richard Caputo
                                                                 United States District Judge